IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL C. ANTHONY

Case No. 2:19mj519
Court Date: November 14, 2019

FILED
OCT - 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 7255282

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 6, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, MICHAEL C. ANTHONY, did knowingly and unlawfully enter and was found upon Joint Expeditionary Base Little Creek property after having been ordered by the Commanding Officer, Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, not to reenter any naval installation in the Hampton Roads, Virginia area.

(In violation of Title 18, United States Code, Section 1382).

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 6, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, MICHAEL C. ANTHONY, did by any fraud or false pretense, enter or attempt to enter property belonging in whole or in part to, or leased by, the United States.

(In violation of Title 18, United States Code, Section 1036.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

3 October 2019
Date